B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Idaho

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Premium Exploration USA Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-1557069** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**254 W. Hanley, #A**<br>**Coeur D Alene, ID**<br>ZIP Code **83815** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kootenai** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Premium Exploration USA Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Premium Exploration USA Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Bruce A. Anderson**
Signature of Attorney for Debtor(s)

**Bruce A. Anderson 3392**
Printed Name of Attorney for Debtor(s)

**Elsaesser Jarzabek Anderson Elliott & Macdonald**
Firm Name

**320 East Neider Ave. Suite 102**
**Coeur D Alene, ID 83815**

Address

**(208) 667-2900  Fax: (208) 667-2150**
Telephone Number

**July 31, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ John Ryan**
Signature of Authorized Individual

**John Ryan**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 31, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Idaho

In re  **Premium Exploration USA Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Drilling**<br>19208 E Broadway Ave.<br>Spokane Valley, WA 99016 | **American Drilling**<br>19208 E Broadway Ave.<br>Spokane Valley, WA 99016 | **Drilling Services**<br>509-921-7836 | | 185,000.00 |
| **John Ryan**<br>254 W. Hanley, #A<br>Coeur D Alene, ID 83815 | **John Ryan**<br>254 W. Hanley, #A<br>Coeur D Alene, ID 83815 | **$112,525 - Consulting Fees**<br>**$15,000 - Board of Directors Fees** | | 127,525.00 |
| **Jim Baughman**<br>9100 E. Florida Avenue<br>Apt 1-201<br>Denver, CO 80231 | **Jim Baughman**<br>9100 E. Florida Avenue<br>Apt 1-201<br>Denver, CO 80231 | **Consulting Fees** | | 98,275.00 |
| **Shaun Gibson, Perry and Co.**<br>P.O. Box 790<br>Smithers, BC  V0J 2N0<br>Canada | **Shaun Gibson, Perry and Co.**<br>P.O. Box 790<br>Smithers, BC  V0J 2N0<br>Canada | **Contract work**<br>250-847-4341 | | 77,000.00 |
| **New Jersey Mining**<br>201 N 3rd Street<br>Coeur D Alene, ID 83814 | **New Jersey Mining**<br>201 N 3rd Street<br>Coeur D Alene, ID 83814 | **Short Term Loan**<br>208-783-3331 | | 60,000.00 |
| **Del Steiner**<br>c/o New Jersey Mining<br>201 N 3rd Street<br>Coeur D Alene, ID 83814 | **Del Steiner**<br>c/o New Jersey Mining<br>201 N 3rd Street<br>Coeur D Alene, ID 83814 | **Executive Compensation**<br>208-783-3331 | | 37,318.78 |
| **Minex Exploration**<br>120 E Lake St #401<br>Sandpoint, ID 83864 | **Minex Exploration**<br>120 E Lake St #401<br>Sandpoint, ID 83864 | **Exploration services**<br>208-265-5858 | | 24,683.60 |
| **Ron Blewett**<br>**Attorney at Law**<br>301 D Street<br>Lewiston, ID 83501 | **Ron Blewett**<br>**Attorney at Law**<br>301 D Street<br>Lewiston, ID 83501 | **Legal services**<br>208-413-6678 | | 16,294.62 |
| **Martinelli Mick PLLC**<br>218 N Bernard Street<br>Spokane, WA 99201 | **Martinelli Mick PLLC**<br>218 N Bernard Street<br>Spokane, WA 99201 | **Accounting services**<br>509-443-5749 | | 15,000.00 |
| **Gallatin Public Affairs**<br>702 W Idaho Street<br>Suite 700<br>Boise, ID 83702 | **Gallatin Public Affairs**<br>702 W Idaho Street<br>Suite 700<br>Boise, ID 83702 | **Public Affairs Services**<br>208-336-1986 | | 12,420.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Premium Exploration USA Inc.**                                   Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CVS Enterprises<br>1000 Erickson Ridge<br>Elk City, ID 83525 | CVS Enterprises<br>1000 Erickson Ridge<br>Elk City, ID 83525 | Building Rental | | 12,100.00 |
| Vanessa Bachman<br>709 Burrell Drive<br>Lewiston, ID 83501 | Vanessa Bachman<br>709 Burrell Drive<br>Lewiston, ID 83501 | Executive Compensation | | 11,525.00 |
| Roletto Law<br>618 N 4th Street<br>Coeur D Alene, ID 83814 | Roletto Law<br>618 N 4th Street<br>Coeur D Alene, ID 83814 | Legal services | | 9,853.53 |
| Mining Development Assoc.<br>210 South Rock Blvd.<br>Reno, NV 89502 | Mining Development Assoc.<br>210 South Rock Blvd.<br>Reno, NV 89502 | Mining development services | | 9,000.00 |
| Klepfer Mining Services<br>13058 N Sherwood Ct<br>Hayden, ID 83835 | Klepfer Mining Services<br>13058 N Sherwood Ct<br>Hayden, ID 83835 | Environmental Consulting Services | | 8,802.63 |
| Nabbem LLC<br>102 Two Willow Lane<br>Red Lodge, MT 59068 | Nabbem LLC<br>102 Two Willow Lane<br>Red Lodge, MT 59068 | Office Rental and Storage | | 7,350.00 |
| Framing Our Community<br>315 Main Street<br>P.O. Box 321<br>Elk City, ID 83525 | Framing Our Community<br>315 Main Street<br>P.O. Box 321<br>Elk City, ID 83525 | Temporary Warehouse Rental | | 6,926.91 |
| Pat Loseth<br>2366 Rolling Hills Drive<br>Clarkston, WA 99403 | Pat Loseth<br>2366 Rolling Hills Drive<br>Clarkston, WA 99403 | Consultant/Resident Agent | | 6,000.00 |
| Gemcom<br>1066 W Hastings St., #1100<br>Vancouver, BC  V6E 3X1<br>Canada | Gemcom<br>1066 W Hastings St., #1100<br>Vancouver, BC  V6E 3X1<br>Canada | Software Purchase | | 5,322.46 |
| ALS USA, Inc.<br>1345 Water Street<br>Elko, NV 89801 | ALS USA, Inc.<br>1345 Water Street<br>Elko, NV 89801 | Mineral Testing Services | | 4,839.44 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 31, 2015**                    Signature  **/s/ John Ryan**
                                                     **John Ryan**
                                                     **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

.

321 Gold Ltd.- Gen. Registry
Ground Fl., Govt Admin. Bldg
133 Elgin Avenue
Georgetown Grand Cayman

Airport Rent a Space
3406 4th Street
Lewiston, ID 83501

ALS Canada, Ltd.
212 Brooksbank Avenue
North Vancouver, BC V7J 2C1
Canada

ALS USA, Inc.
1345 Water Street
Elko, NV 89801

American Drilling
19208 E Broadway Ave.
Spokane Valley, WA 99016

Avista
1411 East Mission Avenue
Spokane, WA 99252

Bradley Dixon
Stoel Rives
101 S Capitol Blvd. Ste 1900
Boise, ID 83702

Compass Tools
12353 E Easter Ave.
#200
Centennial, CO 80112

CVS Enterprises
1000 Erickson Ridge
Elk City, ID 83525

```
Del Steiner
c/o New Jersey Mining
201 N 3rd Street
Coeur D Alene, ID 83814



Elk Creek Station
110 Main Street
Elk City, ID 83525



Framing Our Community
315 Main Street
P.O. Box 321
Elk City, ID 83525



Frontier
201 Lenora Street
McCall, ID 83638



Gallatin Public Affairs
702 W Idaho Street
Suite 700
Boise, ID 83702



Gemcom
1066 W Hastings St., #1100
Vancouver, BC  V6E 3X1
Canada



Jim Baughman
9100 E. Florida Avenue
Apt 1-201
Denver, CO 80231



John Ryan
254 W. Hanley, #A
Coeur D Alene, ID 83815
```

```
Klepfer Mining Services
13058 N Sherwood Ct
Hayden, ID 83835



Manual Montoya
17030 E Carr Avenue
Parker, CO 80134



Martinelli Mick PLLC
218 N Bernard Street
Spokane, WA 99201



Minex Exploration
120 E Lake St #401
Sandpoint, ID 83864



Mining Development Assoc.
210 South Rock Blvd.
Reno, NV 89502



Nabbem LLC
102 Two Willow Lane
Red Lodge, MT 59068



New Jersey Mining
201 N 3rd Street
Coeur D Alene, ID 83814



Norstrand
110 Main Street
Elk City, ID 83525



Pass Word, Inc.
1303 W 1st Ave.
Spokane, WA 99201
```

```
Pat Loseth
2366 Rolling Hills Drive
Clarkston, WA 99403



Premium Exploration, Inc.
254 W. Hanley, #A
Coeur D Alene, ID 83815



Raghu Reddy
187/13 Chang Klan Rd., #709
Twin Peaks, Chiang Mai
Thailand  50100



Roletto Law
618 N 4th Street
Coeur D Alene, ID 83814



Ron Blewett
Attorney at Law
301 D Street
Lewiston, ID 83501



Shaun Gibson, Perry and Co.
P.O. Box 790
Smithers, BC  V0J 2N0
Canada



Shaw Cablesystems G.P.
1067 Cordova St W Suite 900
Vancouver, BC V6C 3T5
Canada



Steve Carlton Construction
1107 Bryden Ave
Lewiston, ID 83501
```

```
TVL Gold, LLC
c/o Greenberg Traurig
3161 Michaelson Drive
Irvine, CA 92612



UPS
Lockbox 577
Carol Stream, IL 60132-0577



Vanessa Bachman
709 Burrell Drive
Lewiston, ID 83501



West Bench Storage
220 MT-78
Red Lodge, MT 59068



Yenlai Chee, c/o Aranz Geo
41 Leslie Hills Drive
Riccarton, Christchurch 8011
New Zealand
```

# United States Bankruptcy Court
## District of Idaho

In re **Premium Exploration USA Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Premium Exploration USA Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Premium Exploration, Inc.**
**254 W. Hanley, #A**
**Coeur D Alene, ID 83815**

☐ None [*Check if applicable*]

**July 31, 2015**
Date

**/s/ Bruce A. Anderson**
**Bruce A. Anderson 3392**
Signature of Attorney or Litigant
Counsel for **Premium Exploration USA Inc.**
**Elsaesser Jarzabek Anderson Elliott & Macdonald**
**320 East Neider Ave. Suite 102**
**Coeur D Alene, ID 83815**
**(208) 667-2900 Fax:(208) 667-2150**

## RESOLUTION OF PREMIUM EXPLORATION USA INC.

The Directors and Officers of Premium Exploration USA Inc., (hereinafter the "Company") met on the 24th day of July, 2015, after waiver of notice.

In attendance at the meeting was a quorum of the Directors and Officers. After discussion, the following Company resolution was adopted:

IT WAS RESOLVED that John Ryan, President of Premium Exploration USA Inc., was authorized to execute on behalf of the Company, all petitions, schedules, statements of financial affairs, affidavits, pleadings, declarations, and any and all related documents necessary for the Company to file for relief under the United States Bankruptcy Code, including but not limited to the retention agreement, employing the law firm of Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd., as general counsel for the express purpose of filing a Chapter 11 bankruptcy proceedings.

The undersigned, Director/President of the Company, does hereby certify that the above resolution was adopted by the Company on the 24th of July, 2015.


Premium Exploration USA Inc.

By: _____
John Ryan, Director and President