Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:     (208) 667-2900
Fax:    (208) 667-2150

Attorney for Debtor-in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re: | |
|---|---|
| Premium Exploration USA Inc. | Case No.:  15-20597-TLM |
| Debtor-in-Possession. | Chapter 11 |

### APPLICATION FOR APPOINTMENT OF ATTORNEY AND NOTICE

COMES NOW Debtor-in-Possession in the bankruptcy for the above-entitled estate and applies to the Court to approve hiring of the law firm ELSAESSER JARZABEK ANDERSON ELLIOTT & MACDONALD, CHTD., 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815, as attorneys for the Debtor-in-Possession in this case.  This Application is brought pursuant to Local Bankruptcy Rule 2014.1, and is based on the following:

1. Legal advice and assistance are needed by the Debtor-in-Possession in order to propose and have confirmed a Chapter 11 Plan of Reorganization.

2. Subject to the approval of any application for compensation by this Court, the proposed arrangement for compensation of these attorneys shall be as follows:

| | |
|---|---|
| Bruce Anderson | $325.00 per hour |
| Support Staff | $ 95.00 per hour |

APPLICATION FOR APPOINTMENT
OF ATTORNEY AND NOTICE       - 1

3. To the best of applicant's knowledge, there are no connections of the persons proposed to be employed with the creditors, other parties in interest, and/or the U.S. Trustee.

4. Debtor has paid counsel $16,717.00 on July 29, 2015. From that amount, $6,717.50 was paid to counsel for pre-petition services rendered including the $1,717.00 filing fee.

5. Counsel holds a post-petition retainer of $10,000.00 in his trust account.

WHEREFORE, the Debtor-in-Possession respectfully requests that the Court enter an order approving the employment of the law firm of Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd. to serve as counsel to the Debtor-in-Possession herein.

DATED this 31st day of July, 2015.

_____
John Ryan
President, Premium Exploration USA Inc.

APPLICATION FOR APPOINTMENT
OF ATTORNEY AND NOTICE      - 2

## NOTICE OF APPLICATION FOR EMPLOYMENT OF ATTORNEY AND OPPORTUNITY TO OBJECT AND FOR A HEARING

> **No Objection:** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **twenty-one (21)** days of the date of this Notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> **Objection:** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> **Hearing on Objection:** The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

DATED this 31st day of July, 2015.

ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.

_/s/ Bruce Anderson_
Bruce A. Anderson

APPLICATION FOR APPOINTMENT
OF ATTORNEY AND NOTICE      - 3