Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150

Attorney for Debtor-in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re: | |
|---|---|
| Premium Exploration USA Inc., | Case No.:  15-20597-TLM |
| Debtor-in-Possession. | Chapter 11 |

**VERIFIED STATEMENT OF ATTORNEY**

STATE OF IDAHO              )
                            ) ss.
County of Kootenai          )

I, BRUCE A. ANDERSON, declare under penalty of perjury as follows:

1. I am an attorney with the firm of Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd., and make this statement upon personal knowledge.

2. I have read the Application for Appointment of Attorney and Notice filed in this matter, know the contents thereof, and that the facts therein stated are true, to the best of my knowledge, information, and belief.

3. The attorneys proposed to be appointed are experienced in handling Chapter 11 cases of all types, and currently have, or have had in the recent past, several Chapter 11 cases pending in the District of Idaho, the Western and Eastern Districts of Washington, and the District of Montana.

VERIFIED STATEMENT   - 1

4.  I have provided a pre-petition consultation to Debtor-in-Possession. Such work consisted of meeting with John Ryan, President of Premium Exploration USA Inc., Debtor, collecting information for bankruptcy schedules, preparation and review of bankruptcy schedules and appropriate documentation of the attorney-client relationship and filing of petition and schedules with the U.S. Bankruptcy Court. Other than such representation, I further state that this law firm has no connection with the creditors of the estate, or any party in interest, their respective attorneys and accountant, the United States Trustee, or any person employed in the office of the United States Trustee.

5.  Debtor paid counsel $16,717.00 on July 29, 2015. This amount was held in trust and from that amount, $6,717.00 was paid to counsel for pre-petition services rendered including the $1,717.00 filing fee.

6.  Of the $16,717.00 paid to counsel pre-petition, counsel holds a post-petition retainer of $10,000.00 in his trust account.

DATED this 31st day of July, 2015.

ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.

_____
Bruce A. Anderson

SUBSCRIBED AND SWORN TO before me this 31st day of July, 2015.

_____
Notary Public for Idaho
Residing at: Hayden, ID
My Commission Expires: 1/27/2021

VERIFIED STATEMENT   - 2