Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150

Attorney for Debtor-in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re: | Case No.: 15-20597-TLM |
|---|---|
| Premium Exploration USA Inc., | Chapter 11 |
| Debtor-in-Possession. | |

**SUPPLEMENT TO AMENDED VOLUNTARY PETITION (DOCKET #29)**

COMES NOW Debtor-in-Possession, Premium Exploration USA Inc., by and through undersigned counsel, Bruce A. Anderson of Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd., and supplements the Amended Voluntary Petition [Docket #29], for information necessary in a small business case:

1. Most recent filed federal income tax return – attached is the federal income tax return for the tax year 2009.  This is the most recent tax return filed for this entity.

2. Most recent financial statements attached – attached is the balance sheet for Premium Exploration USA Inc. for the year 2012.

I declare under penalty of perjury that no other financial statements, i.e., balance sheet, statement of operations, profit and loss statement, cash flow statement, or federal income tax returns have been prepared for this entity.

Dated this  9  day of September, 2015

_____
John Ryan
Declarant