Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150

Attorney for Debtor-in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re: | Case No.: 15-20597-TLM |
|---|---|
| Premium Exploration USA Inc., | Chapter 11 |
| Debtor-in-Possession. | |

### MOTION TO DISMISS CASE

COMES NOW, Premium Exploration USA, Inc. ("Debtor"), by and through undersigned counsel, Bruce A. Anderson of Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd., and pursuant to 11 U.S.C. § 1112(b)(1), moves to dismiss the above captioned Chapter 11 bankruptcy case.  Filed concurrently is the Memorandum in Support of Dismissal and Declaration of John Ryan.

WHEREFORE it is prayed Debtor's Chapter 11 case be dismissed.

DATED this 24th day of March, 2016.

                                          ELSAESSER JARZABEK ANDERSON
                                          ELLIOTT & MACDONALD, CHTD.

                                          */s/ Bruce A. Anderson*_____
                                          Bruce A. Anderson
                                          Attorney for Debtor

MOTION TO DISMISS CASE            - 1