Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:   (208) 667-2150

Attorney for Debtor-in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>Premium Exploration USA Inc.,<br><br>Debtor-in-Possession. | Case No.: 15-20597-TLM<br><br>Chapter 11 |

### DECLARATION OF JOHN RYAN IN SUPPORT OF
### MOTION FOR DISMISSAL

I, JOHN RYAN, make the following declaration:

1.  That I am the President of Premium Exploration USA, Inc., which is solely owned by Premium Exploration, Inc.

2.  I speak from personal knowledge and I am authorized to speak on behalf of Premium Exploration USA, Inc. ("Premium").

3.  Premium filed for bankruptcy protection on July 31, 2015.

4.  Premium is a corporation that engages in the purchase, exploration, and production of mining properties. The bulk of the debt Premium has incurred was in the exploration stage as to various properties located in Idaho County, Idaho.

5.  Premium's debt consists of $185,000.00 for secured creditor, American Drilling Corp., $309,100.23 for unsecured general creditors, $347,068.78 for insider wage claims, and $ 21,497,214.96 to the parent corporation Premium Exploration, Inc.

DECLARATION OF JOHN RYAN                              - 1

6. Premium's assets total roughly $2 million dollars, however, it is believed $175,000.00 of accounts receivable is not collectible, and the remaining amounts, if not held directly by Premium, are held by Green Future, LLC, an LLC Premium solely owns, and Clearwater Mining Corp., which owns Elk City Mining Corp., a corporation Premium solely owns. In addition, Premium has a long term contract which is paying.

7. Since the filing of this bankruptcy I have diligently and in good faith pursued the sale of Premium's assets. This involved various travel and meetings, all of which were funded out of my pocket. I worked on letters of intent with several purchasing entities, however none have come to finality to the point where it could be placed before the Court for approval.

8. I request that this case be dismissed so that I can continue to pursue the sale of some or all of the assets of Premium. To fully consummate the sale of these assets will not only involve Premium, but its wholly owned entities being Green Future, LLC and Clearwater or Elk City Mining Corp. In addition, I may have some title issues that I need to correct during the due diligence process.

9. Premium has reached the basis for an agreement with creditor American Drilling Corp. which will allow Premium to continue its efforts to find a suitable buyer of its assets, outside bankruptcy, without pressure of a contested foreclosure proceeding being reinstated.

10. I am also working a sale of the Buffalo Gulch and Deadwood assets which will be the sale of 91 claims. These assets are owned by Green Future, LLC, Premium and Elk City Mining, LLC. If, after due diligence, the sale is consummated it would be for the total amount of $800,000.00 with $350,000.00 down, and payments through October 2017 to when the amounts will be fully paid off.

11. It is my intent that Premium's secured creditor, American Drilling Corp., be paid first, and that Premium's general unsecured creditors be paid next with insider wage claims to

DECLARATION OF JOHN RYAN                                        - 2

Baughman, Bachman, and Ryan, to be paid after the payment of all other debt excluding Premium, Inc. the parent corporation.

12. I believe that a dismissal of the case will assist me in selling these assets, and getting these creditors paid. I don't believe a Chapter 7 would be in the best interest of the creditors, as a Chapter 7 Trustee would simply not have the time, knowledge, or connections that I do to pull this all together in a manner that brings money for the creditors.

13. Premium is up to date on all reporting with the U.S. Trustee's Office, and has paid all of its quarterly fees and will pay any additional amounts calculated as due. It should be noted that for the first few quarters of fees, I paid those out of my pocket with no request for reimbursement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this **24th** day of March, 2016.

_____
John Ryan

DECLARATION OF JOHN RYAN                -3