Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150


Attorney for Debtor-in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.:  15-20597-TLM |
| Premium Exploration USA Inc., | Chapter 11 |
| Debtor-in-Possession. | |

**MOTION FOR ORDER SHORTENING TIME**

COMES NOW Premium Exploration USA, Inc. ("Premium"), by and through its undersigned counsel Bruce A. Anderson of Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd., and moves this Court for entry of an Order Shortening Time for the hearing of the Motion to Dismiss Case, [Docket # 65], in the above matter.  Premium requests a modest shortening of time for this hearing and believes no prejudice shall occur to parties in this case if such motion is granted.  It is believed Debtor's Motion to Dismiss should be heard at the same time and that dismissal of this case will allow Debtor to further pursue sales of its and other entities' assets to pay off secured and unsecured general creditors.  Shortened time is needed in order for the Court to hear Debtor's Motion concurrently with the Status Conference in this matter set for the same day and time.

MOTION FOR DISMISSAL              - 1

WHEREFORE, IT IS PRAYED that the Court issue an Order shortening time for notice of hearing on Motion for Dismissal, by Premium, and order that the matter be heard on **April 5, 2016 at 9:30 a.m. Pacific Time, (10:30 a.m. Mountain Time),** at the U.S. Bankruptcy Court, 6450 N. Mineral Drive, Coeur d'Alene, Idaho, or as soon thereafter as counsel may be heard.

DATED this 24th day of March, 2016.

                                  ELSAESSER JARZABEK ANDERSON
                                  ELLIOTT & MACDONALD, CHTD.


                                  */s/ Bruce A. Anderson*_____
                                  Bruce A. Anderson
                                  Attorney for Debtor