UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

In re:                                                   Case No.:  15-20597-TLM

Premium Exploration USA Inc.,                            Chapter 11

        Debtor-in-Possession.

---

**ORDER SHORTENING TIME ON
MOTION TO DISMISS**

Debtor, Premium Exploration USA, Inc., having filed a Motion for Order Shortening Time [Docket #68] with regard to its Motion for Dismissal [Docket #65], no objections having been noted, and for good cause shown,

IT IS HEREBY ORDERED that Debtor's Motion for Order Shortening Time is granted.

//end of text//

DATED:  March 28, 2016

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

PRESENTED BY:
        ELSAESSER JARZABEK ANDERSON ELLIOTT & MACDONALD, CHTD.
        /s/Bruce A. Anderson, ISB#3392, Attorneys for Debtor-in-Possession