Bradley J. Dixon, ISB No. 6167
GIVENS PURSLEY LLP
601 W. Bannock Street
PO Box 2720
Boise, ID  83701-2720
Telephone (208) 388-1200
Facsimile (208) 388-1300
bradleydixon@givenspursley.com

Attorneys for Creditor American Drilling Corp. LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| *In re:*<br><br>Premium Exploration USA Inc.,<br><br>Debtor-in-Possession. | Case No.: 15-20597-TLM<br><br>**NOTICE OF NONOPPOSITION TO MOTION TO DISMISS** |

COMES NOW Creditor American Drilling Corp. LLC by and through its counsel of record Givens Pursley LLP, and hereby gives notice that it has no opposition to Debtor-in-Possession's Motion to Dismiss Case filed on March 24, 2016 [DKT 65].

DATED:  March 31, 2016.

                                                   GIVENS PURSLEY LLP

                                                   */s/ Bradley J. Dixon*
                                                   Attorneys For Creditors
                                                   American Drilling Corp. LLC

**NOTICE OF NONOPPOSITION - 1**
**8095331_1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2016, I filed the foregoing document electronically through the CM/ECS system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> Bruce A. Anderson
> Elsaesser Jarzabek Anderson Elliott & MacDonald, CHTD
> baafiling@ejame.com
>
> *Attorneys for Premium Exploration USA Inc.*
>
> David Wayne Newman
> Office of the US Trustee
> ustp.region18.bs.ecf@usdoj.gov
>
> *U.S. Trustee*

By:   /s/ *Bradley J. Dixon*
      Bradley J. Dixon

**NOTICE OF NONOPPOSITION - 2**
**8095331_1**